■ The People of the State of New York, Respondent, v

ALEX GIRALDO, Appellant. [608 NYS2d 63] —Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered August 2, 1991, unanimously affirmed. Motion by appellant seeking to seal record and for other relief is granted only to the extent of ordering record sealed. No opinion. Concur— Sullivan, J. P., Wallach, Asch and Nardelli, JJ.